**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

U.S. HOME CORPORATION,

    Plaintiff,

v.                                                    Case No.  8:10-cv-2895-T-30MAP

ANTHONY QUINN, et al.,

    Defendants.
_____/

**ORDER OF DISMISSAL**

    Before the Court is the Notice of Voluntary Dismissal With Prejudice (Dkt. #2).

Upon review and consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1.    This cause is dismissed with prejudice.

    2.    All pending motions are denied as moot.

    3.    The Clerk is directed to close this case.

    **DONE** and **ORDERED** in Tampa, Florida on January 26, 2011.

*[signature]*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2010\10-cv-2895.dismiss 2.wpd